UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                             :
ANTHONY ZAPPIN,                                              :
                              Plaintiff,                     :
                                                             :         18 Civ. 3781 (LGS)
               -against-                                     :         19 Civ. 10573 (LGS)
                                                             :
JORGE DOPICO, ET AL.,                                        :         ORDER
                              Defendants.                    :
                                                             :
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/5/2019

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a telephone status conference is scheduled on December 10, 2019, at 10:30 a.m. It is hereby

**ORDERED** that, due to a conflict in the Court's trial schedule, the telephone conference will instead take place on **Monday, December 9, at 5:15 p.m.** The parties shall jointly call the Court from one line at 212-805-0288.

Dated: December 5, 2019
       New York, New York

                                                             LORNA G. SCHOFIELD
                                                             UNITED STATES DISTRICT JUDGE